**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 23, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00701-CR

---

### IN RE RONALD SCOTT CATT, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCR-061927**

---

## MEMORANDUM OPINION

On August 9, 2018, relator Ronald Scott Catt filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Maggie Perez-Jaramillo, presiding judge of the 400th District Court of Fort Bend County, to County to rule on relator's Motion to Release Property and

motions seeking a ruling on that motion. Relator also filed a motion asking our court to take judicial notice of the trial court's record.

The Motion to Release Property asks the trial court to release property of relator that was seized pursuant to a search warrant, including two automobiles and two motorcycles. The property at issue was forfeited to the State in a civil forfeiture proceeding. *See Catt v. DeLozier*, No. 14-16-00524-CV, 2017 WL 2384636, at *1 (Tex. App.—Houston [14th Dist.] June 1, 2017, pet. denied). Because the property at issue has been forfeited relator's Motion to Release Property and his petition for writ of mandamus are moot.

The trial court is not required to rule on a motion that has become moot. *See In re Douglas*, No. 14-10-00820-CV, 2010 WL 3504760, at *1 (Tex. App.— Houston [14th Dist.] Sept. 9, 2010, no pet.) (per curiam) (mem. op.); *Davis v. West*, 433 S.W.3d 101, 109 (Tex. App.—Houston [1st Dist.] 2014, pet. denied); *Palacios v. Rayburn*, 516 S.W.2d 292, 294 (Tex. App.—Houston [1st Dist.] 1974, no writ). The court will not issue mandamus "if for any reason it would be useless or unavailing." *Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995).

Accordingly, we deny relator's petition for writ of mandamus and motion to take judicial notice as moot.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).

2